1  Martin L. Fineman (State Bar No. 104413)
   martinfineman@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery St., Suite 800
3  San Francisco, CA 94111-6533
   Telephone: (415) 276-6500
4  Facsimile: (415) 276-6599

5  Joseph N. Hosteny (*pro hac vice*)
   hosteny@nshn.com
6  Gregory P. Casimer (*pro hac vice*)
   casimir@nshn.com
7  NIRO, HALLER, & NIRO
   181 West Madison, Suite 4600
8  Chicago, IL 60602-4515
   Telephone: (312) 236-0733
9  Facsimile: (312) 236-3137

   **Attorneys for Plaintiff DrugLogic, Inc.**
10
   KAREN JOHNSON-MCKEWAN (State Bar No. 121570)
11 kjohnson-mckewan@orrick.com
   CHRISTINA VON DER AHE (State Bar No. 255467)
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
13 405 Howard Street
   San Francisco, CA 94105-2669
14 Telephone: (415) 773-5700
   Facsimile: (415) 773-5759

15 I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
16 DEBORAH FISHMAN (State Bar No. 197584)
   dfishman@orrick.com
17 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
18 Menlo Park, CA 94025
   Telephone: (650) 614-7400
19 Facsimile: (650) 614-7401

   **Attorneys for Defendants Oracle Corporation and Phase Forward, Inc.**
20

21                    IN THE UNITED STATES DISTRICT COURT

22                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUGLOGIC, INC., | CASE NO. 10-cv-5771 (JCS) |
| Plaintiff, | **FIRST STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT** |
| v. | |
| ORACLE CORPORATION and PHASE FORWARD, INC., | Complaint Filed: December 17, 2010 |
| Defendants. | |

OHS West:261078397.1
6883-0 CVV/CVV

CASE NO. 10-CV-5771 (JCS)   STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT

1       WHEREAS, on December 23, 2010, Plaintiff DrugLogic, Inc. served Defendants Oracle Corporation and Phase Forward, Inc. with the Complaint;

      WHEREAS, the parties have agreed to extend Defendants' deadline to respond to the Complaint to and including February 28, 2011;

      WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order.

      NOW THEREFORE, pursuant to Northern District Court Civil Local Rule 6-1(a), the parties to this action, by and through their undersigned counsel, hereby stipulate and agree that Defendants Oracle Corporation and Phase Forward, Inc. shall file and serve their responses to the Complaint by February 28, 2011.

Dated: January 27, 2011                    NIRO, HALLER, & NIRO

                                           /s/ Joseph N. Hosteny
                                           JOSEPH N. HOSTENY

                                           Attorneys for Plaintiff DrugLogic, Inc.

Dated: January 27, 2011                    ORRICK HERRINGTON & SUTCLIFFE LLP

                                           /s/ Deborah Fishman
                                           DEBORAH FISHMAN

                                           Attorneys for Defendants Oracle Corporation and Phase Forward, Inc.

I attest that concurrence in the filing of this document has been obtained from Joseph Hosteny for Plaintiff.

By: /s/ Deborah Fishman
DEBORAH FISHMAN
Attorney for Defendants Oracle Corporation and Phase Forward, Inc.

Dated: 1/28/11

**IT IS SO ORDERED**
Judge Joseph C. Spero

OHS West:261078397.1
6883-0 CVV/CVV

- 2 -

CASE NO. 10-CV-5771 (JCS)          STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT